Ms. Whitnum, you've made an application to argue your case? Yes, sir. Ms. Whitnum, we're going to let you do that, but let me tell you something. It's important to know the rules. If you're going to represent yourself, it's important to know the rules. The rules of our court are we're the only circuit in the United States that allows pro se's to argue. We're going to allow you to argue. Thank you. However, the rules say that you must indicate if you wish to have oral argument. And if you do not so indicate, you're deemed waiving the oral argument. And you did not so indicate in your application. Now, that doesn't matter. We're going to let you argue. You have five minutes. Go ahead with your argument. Thank you, Your Honor. My name is Lee Whitnum. I'm a candidate for governor in the state of Connecticut. This issue is much larger than what it appears on the paper, which is why it was very important I speak to you. For every one little woman standing here, there are thousands of people behind me. Judiciary in the state of Connecticut is absolutely unlawful. This is about the actions of one judge, one family court judge who has destroyed many people's families. She set me up for incarceration along with her long-term buddy, Assistant Chief of State's Prosecutor John Whalen from the prosecutor's office. Filed in the Claims Commission, and it's a catch-22. Filed documents, could not get, subpoenaed to prove my innocence, that she claimed I rang her bell and ran in the middle of the night. And then finally got the evidence, submitted it to the Claims Commission, and they claimed that the statute of limitation when all it was was submitted evidence. I tell you this because it's a game. You cannot sue the state unless you get past the Claims Commission, and no one ever does. I've sat in testimony to the legislature many times and watched people with heartfelt stories. Every judge gets reconfirmed in. It's eight years late. It's a rubber stamp. I think once in 1946 they didn't automatically rubber stamp. It is as absolutely as unlawful as it can possibly be. I have 15 steps as a candidate for governor to clean it up because I've been such a victim of it. The person in question, Judge Jane Emmons, I've asked her under Article III, Section 1, that she be precluded from being a judge because I've filed in lower court. I have filed with the Claims Commission. I've done everything right. Here's a woman who divides families. I've become the go-to person for family after family. A man recently, 15 months kept from his son, precluded from filing any motions to get the return of his child. There's no allegation of abuse or neglect. There are state law claims. How do you end up in federal court? Well, Your Honor, this is the thing. I ran for Senate and Congress. I ran for Congress in 2008 against Jim Himes. I ran for the Senate. I was very vocal against the funding. Well, I understand that you may have been a candidate. But the question is how, what— Because this is a Fifth Amendment. Yes, ma'am. You don't know what the question is, so you can't answer questions by finish. I'm not talking over you. Please don't talk over me. All right? Now, how does this become a federal claim? Your Honor, it's my Fifth Amendment right, all of it. Fifth Amendment. Right. Precluding me. The complaint was about her Fifth Amendment right. All of this was punishment for my stand against the funding for the country of Israel. She describes me to the Marshal Service as that woman from the Abolish Israel platform. My vocal opposition to the Israel lobby, APEC, I called a congressman, now Senator Chris Murphy, in a debate, a whore. I retained a lot of notoriety. I'm not anti-Semitic. I am anti-Zionist. I do not believe in the funding for Israel. She's a staunch Zionist. From the first day in court, my first day in court ever, she had a man standing behind me in an empty courtroom wearing a Star of David, six inches wide, hissing at me. You know, it's a smile campaign. All of it, everything that's transpired, has been the violation of my Fifth Amendment right. I found out last week my husband was dead. I was railroaded into a divorce. The defense attorney from the Attorney General's office claims that, well, you know, they denied her ability to sue. No. My husband's portfolio, $5 million, was fraudulently conveyed. Five judges would not allow the due process of it, and he disappeared. I could not get to him. I couldn't even get a motion for telephone conversation. Every due process right I had, I was railroaded into divorce without a private conversation with the man I married. And at the same time, she was working, yes, and she was the presiding divorce judge. He died, I just found out last week, in open court. I found out that he was dead. They kept him from me without even a conversation. When I finally was able to get him into a deposition, that's not a private, we were already divorced. He would have taken the visits. He would have. So, you know, there's a team of lawyers paid for by $5 million. The judges in Connecticut knew exactly what they were doing when they denied due process, denied telephone conversation. The judges who denied telephone conversation, Adams, Motilis, Emmons, the ones who denied due process, Schofield, Richards, Monroe, Emmons, of course, they did it on purpose. Every right I had. I was then dragged into criminal court for something I did not do. Emmons claimed in the middle of the night I rang her bell and ran. John Whalen, her paramour, altered my phone records on the report from the statewide prosecutor's report 002013, 00213. I've been trying in federal court, remand this case and ask for an evidentiary trial. I can't get anywhere. Everyone's got immunity. I was dragged into criminal court for 42 times. I had 10 motions to dismiss to prove my innocence. It was absolute, utter torture. Three judges, Hodak, Hernandez, Wenzel, would not hear a motion to dismiss. Every lawyer I hired was turned by the other side in private in these meetings. We have an apple of court so dishonest, they actually throw in witnesses. Ms. Whitnum, your time has expired. We've read your papers. Yeah, but what you don't understand is this is constitutional, my Fifth Amendment right. Ms. Whitnum, the rules of this court are the same for everyone, whether they're a pro se or they're an attorney. Later on, if you'll stay and hear the oral argument, when the red light goes on for an attorney, you will hear me say the same thing. There's no exceptions made. If arguments seem submitted, you'll hear from us in due course. Thank you very much. I did file an application for oral argument. Please don't say I didn't. I did. We'll search the record for the application. And if we find it, we will duly note it.